No. 96–5430. MADDEN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5431. LUSK *v.* POPE COUNTY, ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–5432. KONTAKIS *v.* MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–5433. MISSKELLEY *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 96–5434. NERO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5435. LEKHOVITSER *v.* LEKHOVITSER. Sup. Ct. Fla. Certiorari denied.

No. 96–5436. LONG *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5437. MOORE *v.* KUHLMANN, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 96–5438. KINNELL *v.* KANSAS. Ct. App. Kan. Certiorari denied.

No. 96–5439. MUNOZ-MOSQUERA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–5440. AINGE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5442. KAY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5443. WALDROP *v.* HOPPER, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 96–5444. WHALEY *v.* OREGON BOARD OF PAROLE AND POST-PRISON SUPERVISION. C. A. 9th Cir. Certiorari denied.

No. 96–5445. YULEE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.